004511

Order entered October 19, 2012



In The
Court of Appeals
Fifth District of Texas at Dallas

No. 05-12-00573-CV

CKH FAMILY LIMITED PARTNERSHIP, ET AL., Appellants

V.

MGD/CCP ACQUISTION, LLC, ET AL., Appellees

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-00382-D

ORDER

The Court has before it appellees' October 18, 2012 unopposed second motion for extension of time to file their brief. The Court GRANTS the motion and ORDERS appellees to file their brief by November 6, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE